IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michell Godoy Ruiz,<br><br>    Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>    Respondents. | No. CV-25-04561-PHX-DJH (CDB)<br><br>**ORDER** |

Petitioner Michell Godoy Ruiz filed a Petition for Writ of Habeas Corpus Under § 2241.[1] (Doc. 1.) The Court will require an expedited answer to the Petition.

**I.     Background**

Petitioner is a citizen of Venezuela who entered the United States on March 15, 2024 near El Paso, Texas to apply for asylum. (Doc. 1 ¶ 25; (Doc. 1-1 at 3.) Petitioner was taken into immigration detention and DHS initiated removal proceedings. (*Id.*) On March 17, 2024, DHS issued Petitioner an I-220A Order of Release on Recognizance. (*Id.* ¶ 26.) Petitioner complied with all conditions of her release, but she was rearrested and detained on November 17, 2025 without notice or an opportunity to respond to the reasons for her rearrest. (*Id.* ¶ 29.)

Petitioner presents three claims for relief. She alleges her rearrest and detention violate the Administrative Procedure Act as an abuse of discretion because there were no

---

[1] Petitioner names the Department of Homeland Security ("DHS") Secretary Kristi Noem; United States Attorney General Pam Bondi; Immigrations and Customs Enforcement Acting Director Todd Lyons; Eloy Detention Center Assistant Warden Christopher Howard; and DHS Field Office Director Christopher McGregor as Respondents.

changes in Petitioner's individualized facts and circumstances. (*Id.* ¶¶ 30-36.) Petitioner further claims her rearrest and detention violate 8 U.S.C. § 1226(b) and 8 C.F.R. § 1236.1(c)(9). (*Id.* ¶¶ 37-41.) Finally, Petitioner alleges her rearrest and detention violate her due process rights. (*Id.* ¶¶ 42-46.) Petitioner seeks release from custody or a bond hearing under § 1226(a).

The Court will require Respondents to answer the Petition on an expedited basis.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov; and Theo Nickerson at theo.nickerson2@usdoj.gov.

(4) Respondents must respond the Petition no later than **December 29, 2025**. Petitioner may file a reply no later than **January 5, 2026**.

Dated this 16th day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge