1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Michell Godoy Ruiz,

          Petitioner,

v.

Kristi Noem, et al.,

          Respondents.

No. CV-25-04561-PHX-DJH (CDB)

**ORDER**

Petitioner filed this action under 2241 challenging her immigration detention. Specifically, she alleged she entered the United States on March 17, 2024, and was encountered by Border Patrol.  She was arrested and then released on the Alternatives to Detention program.  Petitioner alleged she "did not violate any condition of release" but was redetained on November 17, 2025.  The Court directed Respondents to respond to the Petition.

In their response, Respondents contend "Petitioner's claim must fail because there was a change in circumstances: her violation of the conditions of her release."  In support, Respondents offer the Declaration of Deportation Officer Shadd Hoffman who states:

> 8. On November 17, 2025, the United States Immigration Customs Enforcement (USICE) arrested the Petitioner in Phoenix, Arizona.

> 9. ICE determined the Petitioner had multiple violations while on the ATD/ISAP program and that she was to be sent back to ICE detention.

1  (Doc. 6-1, Hoffman Decl. ¶¶ 8-9.)  Respondents do not offer any specific information

2  about how Petitioner violated the conditions of her release or provide any competent

3  evidence supporting the same.  Respondents must therefore submit a supplemental

4  response providing specific information and evidence supporting their averment that

5  Petitioner violated the conditions of her release.

6       **IT IS THEREFORE ORDERED** Respondents must file a supplemental response

7  as directed herein no later than **January 9, 2026**.  Petitioner may file her reply no later

8  than **January 12, 2026**.

9       Dated this 5th day of January, 2026.

10

11

12

13                        Honorable Diane J. Humetewa
                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28